RECEIVED
AUG 04 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

**Form to be used by a prisoner filing a civil rights complaint under THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**UNITED STATES DISTRICT COURT**
**__________ DISTRICT OF LOUISIANA**

Desmond Parker
**(Full name of plaintiff, Prisoner Number)**

____________________
**Civil Action**

____________________

**Vs.**

____________________
**Judge**

Omar Walker, Darrell Cain, Lt. Cooley, Payne, Kerr ...
**Full Name of Defendant**

____________________
**Magistrate Judge**

## COMPLAINT

1. **Previous Lawsuits**:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes { } No {✓}

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): ____________________

   ____________________

   Defendant(s): ____________________

   ____________________

2. Court (if federal court, name the district; if state court, name the parish): ____

   ____________________

   ____________________

3. Docket number: ____________________

4. Name of judge to whom case assigned: ____________________

______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________

______________________________

6. Date of filing lawsuit: ______________________________

7. Date of disposition: ______________________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

Yes [ ] No [ ]

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought. ______________________________

______________________________

**II.** Place of present confinement: Dixon Correctional Institute

A. Is there a prisoner grievance procedure in this institution?

Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes [✓] No [ ]

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed: Claim#1 & 2: DCI-2022-775 Claim# 3; DCI-2023-371 Claim#4 DCI-2023-491

2. What steps did you take? all steps that were available which are initiation of proces followed by 2 steps.

______________________________

3. What was the result? Denied all the way on all claims

D. If your answer is No, explain why not:

III. Parties

(In Item A below, place you name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any)

A. Name of plaintiff (s): Desmond Parker #569648

Address P.O. Box 788 Jackson, La. 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Omar Walker is employed as Captain at D.C.I.

C. Additional Defendants: Darrell Cain (Major) Cooley (Captain) Chaplains Payne & Kerr

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes**. If you intend to allege a number of related claims. Number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

see attached (4 pages)

**V.** Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits: Federal charges For assualt on Omar Walker & Darrell Cain Monetary, Nominal, & Punitive Damages by Jury Demand, no more retaliation, Freedom to practise Islam including proper diet . . .

**VI.** Plaintiff's Declaration

(1). I, Desmond Parker, understand that am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United states that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

(2). I, Desmond Parker, understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

(3). I, Desmond Parker, understand that if I am released or transferred, it is my responsibility to keep the court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 1 day of August, 20 23.

[signature]

Signature of Plaintiff (s)

# Statement Of Claim(s)

## 1.) 8th Amendment Violation, (Excessive Force)

On August 2, 2022 around 2:30 a.m. I Desmond Parker #569648 was handcuffed & escorted to the Majors Office by Official Ebby on Unit 1 at Dixon Correctional Institute for a rule #21 violation. I was then uncuffed & strip searched by Omar Walker & Darrell Cain. When the search was complete I was told to get dressed but before I could put my shoes on I was ordered by Cain to put my hands behind my back in which I complied. Once handcuffed behind, Walker on my left side & Cain on my right, Cain told me that "all these hos here are for me" then he punched me in the face, then Walker punched me in the face. After several blows by both officials to my face Walker the slammed me on a desk & chocked me until I passed out. Cain then revived me with chemical spray. Then both Cain & Walker picked me up into the air & power slammed me on my head, neck, & back knocking me unconscious. I was once again revived with chemical spray by Cain. Cain then stood me up & Walker kneed me directly on my testicles & I passed out unconcsious for a third time. I was then dragged out of the Major's office because I could not stand up straight & was thrown into a holding cage Approxomately 30 minutes later I was escorted to medical by Official Braeux & then escorted to cell block "C". Cain & Walker who are ranking officers almost killed me & now I fear all ranking officers at D.C.I.

Statment Of Claim(s)

2.) 8th Amendment Violation, Excessive Force

On August 11, 2022 in Cell block "C" on "B" tier cell #10 at D.C.I around 2 a.m. the power went out which also controls the water in the cell block, Captain Cooley refused to get anyone any water which sparked an argument between himself & several other inmates. He then stated "if I hear another word im gonna light this bitch up" of course someone said something & Cooley then walked up the tier spraying chemical in every cell. Due to the power outage there wasn't any water or air circulation. I couldnt even breathe & was spitting up blood, I requested an emergency sick call but wasn't seen by medical until several hours later after they changed shifts. In Cooley's response to the a.r.p. filed he admits releasing chemical agent on the tier be claims that it was an accident claiming that the chemical agent "went off" when he was switching hands between the Flashlight & the can. This lie is brought to light due to the fact that the can he used is equipped with a triple safety lock system that prevents accidents from happening....

Both Claim(s) 1 & 2 happened over a week apart & are two seperate incidents but the a.r.p. screening officer Tiffany Prevost combined the second step responses for both claims but skipped the first step of the first claim in turn violating my due process rights by attempting to cover up the brutal beatings by Cain & Walker.

# Statement Of Claim(s)

3) 1st Amendment Violation, Freedom to Practise Religion

From March 23, 2023 at 5:30 a.m. & lasting the entire month of Ramadan, I Desmond Parker #569648 was denied by the Chaplains Officer as well as several officials of my right to Freely practise my chosen religion of Islam. Not only was I denied my right to fellowship in any of the Ramadan ceremonies I was also denied all meals for the entire month with the exception of the EID Feast which I choose not to attend. I was told by DCI staff that in order to eat in the cafeteria during non-fasting hours my master record (rap sheet) must show that I am a Muslim. On March 26, 2023 at 10:25 a.m. when I spoke with Chaplain Kerr & requested this status change I was very rudly denied & told to come back in 90 days after taking some classes. Since this incident Chaplain Kerr has been terminated because of an arrest on underaged stalking charges. In every aspect of my spiritual journey as a white American Muslim I have had to jump over barrers placed in my path by D.C.I. staff in a futile attempt to come inbetween myself & my higher power, what kind of rehabilitation do you call this? The Chaplains office made a world wide recognized ceremony by invitation only which I wasn't invited which is obviously racially motivated which violates not only the 1st & 14th amendments to the Constitution but the equal protection clause & R.L.U.P.I.A. as well.

# Statement Of Claim(s)

4.) Violation of Equal Protection Clause & RLUIPA, religious diet

Halal meat is ritually slaughtered & prepared according to Islamic specifications. Muslims are instructed to eat meat only if it is Halal. Meat that is not Halal is referred to as Haram & is forbidden to all Muslims. All of the meat that is served at Dixon Correctional Institute is Haram therefore it is forbidden by my religion to consume. I was told by the Chaplain via correspondence that I will be put on a non-pork diet only & that the only religious diet that D.C.I. provides is a Rasta farian diet meaning that my religious needs are insignificant. When I met with the Chaplain & further explained my position which is stated above I was called an extremist. Now I simply do not partake of any meat & am forced to live on rice & bread when I eat at the cafeteria. If someone sticks a knife 9 inches into my spine & then pulls it out 5 inches you are doing me no favor. If that same person who stuck that knife 9 inches in my spine pulls the knife all the way out of my spine you are still doing me no favor because you should've never stuck the knife in my back in the first place... As I write this last page here at D.C.I. unit 2 dorm 4 bed #2 at 7:15 p.m. August 1st, 2023 Captain Walker from claim 1 is still harrasing me everytime he comes to work & I fear for my safety & no one could ever understand how I feel until you have been severly beaten while hand cuffed behind your back; completely unable to defend yourself.

Desmond C. Parker #569648
P.O. Box 788 Jackson, La. 70748

Baton Rouge PRDC 708
THU 03 AUG 2023 AM

Clerk of Court(s)
Middle District Court
@
777 Florida St. (Suite 139)
Baton Rouge, La. 70801-1712

SCREENED
OK
U.S. MARSHAL

Legal Mail