UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DESMOND CHARLES PARKER (#569648)**     CIVIL ACTION

**VERSUS**     **NO. 23-1492-JWD-RLB**

**LT. COOLEY**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 26, 2025 (Doc. 21), to which no objection was filed;

**IT IS ORDERED** that the Cross-Motions for Summary Judgment (Docs. 17 and 18) are denied, and that this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on July 28, 2025.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**